AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Guzman, Ronald A. | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>07/05/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status Article III Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

219 S. Dearborn St.
Chambers 1886
Chicago, Il 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 07/05/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | State University Retirement PPD. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 07/05/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 07/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin Fedl Tax Free Inc. (jt) (FKTIX) | A | Interest | K | T | | | | | |
| 2. Walgreen Co. Common Stock (jt) (WBA) | A | Dividend | K | T | | | | | |
| 3. American Capital Income Builder Mutual Stock Fund (jt) CAIBX | A | Dividend | K | T | | | | | |
| 4. Morgan Stanley Instl FD Porl A (MTIPX) | A | Dividend | J | T | | | | | |
| 5. Invesco Comstock Class A (ACSTX) (sp) | A | Dividend | J | T | | | | | |
| 6. Invesco Corp Bond Fund Class A (ACCBX) (sp) | A | Dividend | J | T | | | | | |
| 7. In Mid Cap Grth Class A (sp) (VGRAX) | A | Dividend | J | T | | | | | |
| 8. Invesco Equity and Inc Class A (sp) (ACEIX) | A | Dividend | J | T | | | | | |
| 9. Invesco International Growth Fund Class A (sp) (AIIEX) | A | Dividend | J | T | | | | | |
| 10. Invesco Amer Value Class A (MSAVX) sp | A | Dividend | J | T | | | | | |
| 11. Fidelity Advisor Small Cap A (FSCDX) | A | Dividend | J | T | | | | | |
| 12. Fidelity Advisor Mid Cap II A (FIIAX) | A | Dividend | J | T | | | | | |
| 13. Fidelity Advisor High Inc Advt Class A (FAHDX) | A | Dividend | J | T | | | | | |
| 14. Fidelity Advisor Intl Discovery A (FAIDX) | A | Dividend | J | T | | | | | |
| 15. Fidelity Advisor Emerging Mkts Inc. A (FMKAX) | A | Dividend | J | T | Merged (with line 16) | 12/10/18 | | | |
| 16. Fidelity New New Mkt Inc. (FGVMX) | A | Dividend | J | T | | | | | |
| 17. Fidelity Advisor New Insights A (FNIAX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 07/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Liquid Asset Fund (QDERQ) | A | Int./Div. | J | T | | | | | |
| 19. JPMorgan Chase Bank, N.A. Account | A | Interest | M | T | | | | | |
| 20. JP Morgan Chase Bank Checking Checking X | A | Interest | K | T | | | | | |
| 21. JP Morgan Chase Bank Probate Estate Checking Acct X | A | Interest | M | T | | | | | |
| 22. CHARLES SCHWAB US REIT (SCHH) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 23. ISHARES GOLD ETF SYMBOL: (IAU) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 24. ISHARES HIGH YIELD CORPORAT BOND ETF SYMBOL: SHYG | A | Int./Div. | J | T | Buy | 02/06/18 | J | | |
| 25. SCHWAB EMERGING MARKETS EQUITY ETF SYMBOL:(SCHE) | A | Int./Div. | J | T | Buy | 09/11/18 | J | | |
| 26. | | | | | Buy | 03/05/18 | J | | |
| 27. SCHWAB FUNDA EMG MKTS LARGE COM ETF (FNDE) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 28. SCHWAB FUNDAMENTAL INL LARGE COM ETF SYMBOL: (FNDF) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 29. SCHWAB FUNDAMENTAL INTL SMAL COM ETF SYMBOL: (FNDC) | A | Int./Div. | J | T | Buy | 12/14/18 | J | | |
| 30. SCHWAB FUNDAMENTAL US LARGE CO ETF SYMBOL (FNDX) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 31. SCHWAB FUNDAMENTAL US SMALL COM ETF SYMBOL: (FNDA) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 32. SCHWAB INTERNATIONAL EQUITY ETF SYMBOL: (SCHF) | A | Int./Div. | J | T | Buy | 12/14/18 | J | | |
| 33. | | | | | Buy | 03/05/18 | J | | |
| 34. SCHWAB INTERNATNAL SMALL CAP EQY ETF SYMBOL (SCHC) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 07/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHWAB US LARGE CAP ETF SYMBOL (SCHX ) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 36. SCHWAB US SMALL CAP ETF (SCHA) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 37. SCHWAB US TIPS ETF SYMBOL: (SCHP) | A | Int./Div. | J | T | Buy | 05/29/18 | J | | |
| 38. | | | | | Buy | 03/05/18 | J | | |
| 39. | | | | | Sold | 10/01/18 | J | A | |
| 40. VANECK VECTORS J EMERG MKTS (EMLC) | A | Int./Div. | J | T | Sold | 09/04/18 | J | A | |
| 41. VANGUARD GLBAL EX US REAL ESTATE ETF SYMBOL: (VNQI) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 42. VANGUARD MUNI BND TAXEXEMPT ETF SYMBOL: (VTEB) | A | Int./Div. | K | T | Buy | 02/06/18 | J | | |
| 43. | | | | | Buy | 05/25/18 | J | | |
| 44. | | | | | Sold (part) | 09/25/18 | K | A | |
| 45. | | | | | Buy | 11/02/18 | K | | |
| 46. VANGUARD TOTAL INTERNATIONAL BND ETF ( BNDX) | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 47. SCHWAB BANK SWEEPS ACCOUNT | A | Interest | J | T | Open | 05/15/17 | J | | |
| 48. SPDR BLMBRG BRCLY EMG: (EBND) | A | Int./Div. | J | T | Buy | 09/11/18 | J | | |
| 49. | A | Int./Div. | J | T | Buy | 09/04/18 | J | | |
| 50. XTRACKERS USD HIGH YIELD COR BND ETF (HYLB) | A | Int./Div. | J | T | Buy | 06/06/18 | J | | |
| 51. | | | | | Buy | 03/05/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 07/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR BLOOMBERG BARCLAYS: (IPE) | A | Int./Div. | J | T | Buy | 10/01/18 | J | | |
| 53. INVESCO FTSE RAFI DEVELOPED MARKETS: (PDN) | A | Int./Div. | J | T | Buy | 12/21/18 | J | | |
| 54. NVESCO FTSE RAFI US1000 ETF: (PRF) | A | Int./Div. | J | T | Buy | 12/26/18 | J | | |
| 55. | | | | | Buy | 12/24/18 | J | | |
| 56. NVESCO FTSE RAF1500 SMALL-MID ETF: (PRFZ) | A | Int./Div. | J | T | Buy | 12/26/18 | J | | |
| 57. | | | | | Buy | 12/24/18 | J | | |
| 58. INVESCO FTSE RAFI DEVELOPED MARKETS: (PXF) | A | | J | T | Buy | 12/14/18 | J | | |
| 59. | | | | | Buy | 12/12/18 | J | | |
| 60. INVESCO FTSE RAFI EMERGING MARKETS ETF: (PXH) | A | Int./Div. | J | T | Buy | 12/26/18 | J | | |
| 61. | | | | | Buy | 12/14/18 | J | | |
| 62. SPDR NUVEEN BLMBRG BARCLAYS MUN BD ETF (TFI) | A | Int./Div. | K | T | Buy | 09/27/18 | K | | |
| 63. VANGUARD FTSE DEVELOPED MARKETS ETF (VEA) | A | Int./Div. | J | T | Buy | 12/20/18 | J | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A. | 07/05/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ronald A. Guzman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544